IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHRIS OLSON, COREY BISHOP, JOSHUA HARVEY, and MATTHEW SHUCART,<br><br>    Plaintiffs,<br><br>vs.<br><br>DESSERTS ON THE BOULEVARD, LLC, DEVERICK A. MILLER, and CATINA DIANE WATSON-MILLER,<br><br>    Defendants. | Case No.:  4:12-CV-01629-CAS |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS

COME NOW, Connie McFarland-Butler and The Law Office of Connie McFarland-Butler, LLC, and state the following in support of their Motion For Leave to Withdraw as Counsel for Defendants Desserts on the Boulevard, LLC, Deverick A. Miller and Catina Diane Watson-Miller:

1. On or about November 20, 2012, Connie McFarland-Butler and The Law Office of Connie McFarland-Butler, LLC entered their appearance on behalf of Defendants Desserts on the Boulevard, LLC, Deverick A. Miller, and Catina Diane Watson-Miller.

2. Discovery was conducted in this matter, and the case was set for trial on November 18, 2013.

3. On November 18, 2013, Defendants entered into a Consent Judgment with Plaintiffs herein.  The Consent Judgment was signed by the Honorable Judge Charles Shaw.  The case has been deemed closed since said date.

4. There are no motions currently pending in this case.

5. There are no hearings currently scheduled in this matter.

6. A copy of this Motion for Leave to Withdraw as Counsel for Defendants was sent to each Defendant at the following last known address, via first-class U.S. Mail, postage prepaid:

**Catina Watson-Miller**
**Registered Agent**
**Desserts on the Boulevard, LLC**
**5733 Clemens Place**
**St. Louis, Missouri  63112**

**Deverick A. Miller**
**5733 Clemens Place**
**St. Louis, Missouri  63112**

**Catina Watson-Miller**
**5733 Clemens Place**
**St. Louis, Missouri  63112**

7. No party to this action would be prejudiced or harmed by the withdrawal of Counsel and her law firm.

WHEREFORE, Connie McFarland-Butler and The Law Office of Connie McFarland-Butler, LLC prays that this Court issues an Order granting their Motion for Leave to Withdraw as Counsel for Defendants Desserts on the Boulevard, LLC, Deverick A. Miller, and Catina Watson-Miller, and for such other and further relief as this Court deems just and appropriate.

        THE LAW OFFICE OF CONNIE MCFARLAND-BUTLER, LLC.

        By: /s//  Connie McFarland-Butler
           Connie McFarland-Butler #71612
           923 North U.S. Highway 67
           Florissant, MO  63031
           (314) 838-2223 (Telephone)
           (314) 838-2232 (Facsimile)
           cmcfarlandbutler@aol.com

        ATTORNEY FOR DEFENDANTS DESSERTS ON THE BOULEVARD, LLC, DEVERICK A. MILLER and CATINA WATSON-MILLER

## **CERTIFICATE OF SERVICE**

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which sent notification of such filing to the following participant on this 31st day of July, 2014:

Aaron E. Schwartz
Wallace, Saunders, Austin, Brown
  & Enochs, Chtd.
10111 West 87th Street
Overland, Park, KS  66212

ATTORNEYS FOR PLAINTIFFS

     I further certify that I also mailed by first-class United States Postal Service, postage prepaid, the document to the following on this 31st day of July, 2014:

Catina Watson-Miller
Registered Agent
Desserts on the Boulevard, LLC
5733 Clemens Place
St. Louis, Missouri  63112


Deverick A. Miller
5733 Clemens Place
St. Louis, Missouri  63112

Catina Watson-Miller
5733 Clemens Place
St. Louis, Missouri  63112

<u>//s// Connie McFarland-Butler</u>