IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Chris Olson, Corey Bishop<br>Joshua Harvey, and Matthew Shucart<br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Desserts On The Boulevard, LLC,<br>d/b/a Desserts On The Boulevard,<br>Deverick A. Miller, and<br>Catina Diane Watson-Miller,<br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)  Case No. 4:12-CV-01629-CAS<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION TO POSTPONE HEARING

COME NOW the Plaintiffs, by and through undersigned counsel, and hereby respectfully request that the Court postpone the hearing set for Thursday, May 28, 2015. In support of their Motion, the Plaintiffs state as follows:

1. Judgment was entered in the above referenced matter on November 18, 2013 (Doc #99).

2. Discovery in aid of execution was propounded on August 1, 2014.

3. No answers have been received.

4. On March 31, 2015, the Court ordered that the Defendants answer the discovery in aid of execution (Doc #141).

5. On May 5, 2015 in Doc. #144 the Court ordered that Catina Watson-Miller and Deverick A. Miller appear before the Court to show cause why they should not be held in contempt of Court for their failure to answer interrogatories and to produce records as ordered by the Court on March 31, 2015.

6. On Tuesday, May 26, 2015, undersigned counsel for the Plaintiffs received by Federal Express a check from the Defendants representing the unpaid balance of the Judgment.

wsabeop0 101393379 v.1

7. Undersigned counsel intends to file a Satisfaction of Judgment once said check clears.

8. In light of the apparent full payment of the Judgment, Plaintiffs request a postponement of the Thursday, May 28, 2015, hearing.

9. In the event the final payment clears, no such hearing will be sought by the Plaintiffs.

10. Undersigned counsel has conferred with Defendant Catina Watson-Miller regarding this matter and she advised she consents to the same.

WHEREFORE, Plaintiffs respectfully request that the Court postpone the hearing on May 28, 2015, and for such other and further relief as the Court deems just, equitable and appropriate under the circumstances.

WALLACE SAUNDERS

BY _____/s/_____
Aaron E. Schwartz        MO #58745
aschwartz@wallacesaunders.com
10111 West 87th Street
Overland Park, KS  66212
913-888-1000   FAX 913-888-1065
ATTORNEYS FOR PLAINTIFFS
CHRIS OLSON, COREY BISHOP,
JOUSHA HARVEY, AND
MATTHEW SHUCART

The undersigned hereby certifies that the above was signed by an attorney of record in this matter, and that it was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following participants, and a copy was mailed by first class mail, postage prepaid, to the following non-CM/ECF participants, on the 27th day of May, 2015.

Ms. Catina Diane Watson-Miller
5733 Clemens
St. Louis, MO 63112
DEFENDANT PRO SE

Mr. Deverick A. Miller
5733 Clemens Place
St. Louis, MO 63112
DEFENDANT PRO SE

_____
For the Firm